

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause number:     01-22-00410-CV

Style:     Emmanuel Offiong James v.

    **v.** Miriam Sebastian James

Date motion filed*:     June 7, 2022

Type of motion:     Statement of Inability to Afford Payment of Court Costs

Party filing motion:     Appellant

Document to be filed:

Is appeal accelerated?     No

If motion to extend time:
    Original due date:
    Number of previous extensions granted:     Current Due date:
    Date Requested:

Ordered that motion is:

    ☐   Granted

        If document is to be filed, document due:

    ☐   The Court will not grant additional motions to extend time absent extraordinary circumstances.

    ☐**Denied**

    ☐   Dismissed (*e.g.*, want of jurisdiction, moot)

    ☒Other: _____

        **We strike appellant's Statement of Inability to Afford Payment of Court Costs because said motion fails to comply with the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 9.4(k). Specifically, appellant filed only page 2 of his statement. The Court will consider an amended statement that contains pages 1 and 2. *See id.* The amended statement is due in this Court within 30 days from the date of this order.**

Judge's signature:     ___/s/ Sherry Radack_____
          ☑   Acting individually   ☐   Acting for the Court

Panel consists of _____

Date: ___June 28, 2022_____